# ZUMPANO PATRICIOS
## & MANDELL

445 Hamilton Ave, 11th Floor | White Plains, NY 10601
**Ph:** (914) 303-6159| **Fax:** (305) 444-8588
www.zplaw.com

November 24, 2025

Hon. Cynthia Valenzuela
United Stated District Court
First Street Courthouse
350 W. 1st Street, Courtroom 10B
Los Angeles, CA 90012

Re: *Joseph Jerome v. Paramount Global, et ano.*; Case No. 2:25-cv-03418-PVC

Dear Judge Valenzuela:

We represent Plaintiff, Joseph Jerome, in the above-referenced action.

As the Court is aware, Plaintiff filed a Stipulation and Proposed Order on October 21, 2025, requesting leave to file the First Amended Complaint, pursuant to which this Court issued its Order Granting Stipulation and Order Granting Plaintiff Leave to File First Amended Complaint, entered November 17, 2025.

However, in light of the deadline set by the EEOC's Notice of Right to Sue received by Plaintiff on August 7, 2025, requiring that Plaintiff's discrimination action be commenced by November 5, 2025, Plaintiff was left with no choice but to commence a new action prior to that November 5th deadline in order to preserve his right to pursue the discrimination claims. Thus, to be safe, on October 31, 2025, Plaintiff filed a new action asserting the same discrimination claims included in the proposed First Amended Complaint, captioned *Joseph Jerome v. Paramount Global* (Case No. 2:25-cv-10482-SVW-ADS). In addition, pursuant to Local Rule 83-1.3, Plaintiff filed a Notice of Related Cases in the new action identifying this action as a related case.

Under the aforesaid circumstances, we thought it appropriate to explain to Your Honor why Plaintiff will not be filing the proposed First Amended Complaint in this action as otherwise permitted in Your Honor's Order.

Respectfully,

Mitchell G. Mandell

cc: Defendants' Counsel (Via ECF)